No. 17,612.

WARREN B. HILLMAN, EXECUTOR, ETC. *v.*
H. H. VANDIVER, ETC.
(287 P. [2d] 278)

Decided August 29, 1955.   Rehearing denied September 19, 1955.

Mr. OAKLEY WADE, for plaintiff in error.

No appearance for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.